UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-20467-CR-MARTINEZ

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

FRANK KOFI PREMPEH,

  Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo, on October 27, 2009. The Report and Recommendations recommends to this Court, that Counsel's Ex-Parte Motion for Approval of Investigator Fees in Excess of Cap **(DE#71)** be Denied. Based upon the Magistrate's review of the time sheet and the Ex-Parte Motion for Approval of Investigator Fees in Excess of Cap, the Magistrate recommends that Mr. Suarez be paid **$500.00** as fair and final compensation for his work on this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this _12_ day of November, 2009.

                _____
                JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Martin Feigenbaum, Jr., Esq
Lucy Lara, CJA Administrator